ORIGINAL

CK # 110
Receipt # 151724

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-10554(H) |
| | ) | |
| JOSEPH E. KAVALEC, | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | Judge: ARTHUR I. HARRIS |

FILED 11 JAN 19 PM 12:08

## TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Baumgart, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

Claim No. 7          1716 High Street Inc.          $754.06
                     1716 North High Street
                     Columbus, OH 43201-1105

2. Your trustee's check for $754.06 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: January 12, 2011

_Richard Baumgart_
Richard A. Baumgart, Trustee

cc: United States Trustee